No. A–384. WALKER *v.* ILLINOIS. Application for writ of habeas corpus, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–100. IN RE DISBARMENT OF OOMS. Owen Jennings Ooms, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on April 4, 1977 [430 U. S. 952], is hereby discharged.

No. D–107. IN RE DISBARMENT OF FRIEDLAND. Disbarment entered. [For earlier order, see 431 U. S. 913.]

No. 72, Orig. SOUTH DAKOTA *v.* NEBRASKA. Exception of South Dakota to the Report of the Special Master overruled. Motion of Robert J. Foley et al. for leave to intervene as defendants granted. [For earlier order herein, see 432 U. S. 904.]

No. 76–682. SANTA CLARA PUEBLO ET AL. *v.* MARTINEZ ET AL. C. A. 10th Cir. [Certiorari granted, 431 U. S. 913.] Motion of the Solicitor General of the United States for leave to file a brief as *amicus curiae* denied.

No. 76–1121. AMERICAN BROADCASTING COMPANIES, INC., ET AL. *v.* WRITERS GUILD OF AMERICA, WEST, INC., ET AL.;
No. 76–1153. ASSOCIATION OF MOTION PICTURE & TELEVISION PRODUCERS, INC. *v.* WRITERS GUILD OF AMERICA, WEST, INC., ET AL.; and
No. 76–1162. NATIONAL LABOR RELATIONS BOARD *v.* WRITERS GUILD OF AMERICA, WEST, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 430 U. S. 982.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.